UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH, SR., | No. 2:16-cv-0401 AC P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO DIVISION SUPERIOR COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although petitioner has submitted the required certification of funds, the certification was not accompanied by the required in forma pauperis affidavit. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit the appropriate affidavit in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis. Petitioner is not required to submit another certification of funds. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE