UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH, SR., | No. 2:16-cv-0401 AC P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO DIVISION SUPERIOR COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he challenges the execution of his sentence. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Pelican Bay State Prison in Del Norte County County, which lies in the Northern District of California. See 28 U.S.C. § 84(a).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: June 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE